AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JANE DOE A/K/A
MARIA DEL CARMEN COTTO GONZALEZ

**CRIMINAL COMPLAINT**

CASE NUMBER: MJ# 04-873-MBB

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __March 25, 2004__ in __Suffolk__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense) provide false information in an application for a United States passport and falsely represent a social security number to be assigned to her when, in fact, it was not so assigned

in violation of Title __42__ United States Code, Section(s) __408(a)(7)(B) and 18 U.S.C. Sect. 1542__.

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following
Official Title
facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__July 21, 2004 @ 5:00 PM__ at __BOSTON, MASSACHUSETTS__
Date                                                                City and State

MARIANNE B. BOWLER
CHIEF UNITED STATES MAGISTRATE JUDGE           _Marianne B. Bowler_
Name & Title of Judicial Officer                                     Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.