APPLICATION FOR REPLACEMENT SOCIAL SECURITY NUMBER CARD    REF: 04156026559

APPLICANT NAME: MARIA DEL CARMEN COTTO GONZALEZ
NAME AT BIRTH: MARIA DEL CARMEN COTTO GONZALEZ
NAME TO BE SHOWN ON CARD: MARIA DEL CARMEN COTTO GONZALEZ
APPLICANT'S MAILING ADDRESS: 4549 WASHINGTON ST
APT 130
ROSLINDALE MA 02131
SEX: F  BIRTH DATE: 06/04/1978
PLACE OF BIRTH: CAGUAS, RQ
MOTHER'S NAME AT HER BIRTH: SONIA M GONZALEZ MEDINA
FATHER'S NAME: ANTONIO COTTO BAEZ
HAS THE APPLICANT OR ANYONE ACTING ON HIS/HER BEHALF EVER FILED FOR OR RECEIVED A SOCIAL SECURITY NUMBER CARD BEFORE? YES    LAST SSN: 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
CITIZENSHIP: U.S. CITIZEN
RACE/ETHNIC DESCRIPTION: HISPANIC
APPLICANT'S TELEPHONE: (857) 719-1589

------------------------------ WARNING ------------------------------
DELIBERATELY FURNISHING (OR CAUSING TO BE FURNISHED) FALSE INFORMATION ON THIS APPLICATION IS A CRIME PUNISHABLE BY FINE OR IMPRISONMENT OR BOTH

SIGNATURE: _Maria D cotto g_                                     DATE: 6/4/04

YOUR RELATIONSHIP TO APPLICANT: (✓) SELF   ( ) OTHER (SPECIFY)

WITNESS (IF SIGNED BY MARK X):

WITNESS (IF SIGNED BY MARK X):

DO NOT WRITE BELOW THIS LINE (FOR SSA USE ONLY)

DATE APPLICATION ENTERED: 06/04/04  DOC: 056
UNIT: SR4

SIGNATURE AND TITLE OF EMPLOYEE(S) REVIEWING EVIDENCE AND/OR CONDUCTING INTERVIEW:

                                                                 DATE:

                                                                 DATE:

IN-PERSON INTERVIEW CONDUCTED? YES

EVIDENCE OF CITIZENSHIP/ALIEN STATUS, IDENTITY, AND AGE NOT VERIFIED.
TYPES OF EVIDENCE SUBMITTED: DOMINICAN ACCENT ALLEGING ONLY WORK ON 2
003. THERE ARE EARNING POSTED PRIOR YEARS. MASS DL #581770671