*The Secretary of State of the United States of America
hereby requests all whom it may concern to permit the citizen/national
of the United States named herein to pass without delay or hindrance
and in case of need to give all lawful aid and protection.*

*Le Secrétaire d'**Etat des Etats-Unis d'Amérique**
prie par les présentes toutes **autorités compétentes** de laisser passer le citoyen
ou ressortissant des Etats-Unis **titulaire** du présent passeport, sans délai ni
difficulté et, en cas de besoin, **de lui accorder** toute aide et protection légitimes.*

*El Secretario de Estado de los **Estados Unidos** de América por el presente solicita a las
autoridades competentes **permitir el paso del ciudadano** o nacional de los Estados Unidos
aquí nombrado, sin **demora ni dificultades**, y en caso de necesidad, prestarle toda la
ayuda y protección lícitas.*

*Maria D. Cotto*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

**NOT VALID UNTIL SIGNED**



PASSPORT / PASSEPORT / PASAPORTE
USA

Type / Type / Tipo: P
Code / Code / Código: USA
Passport No. / No. du Passeport / No. de Pasaporte: 210500815

Surname / Nom / Apellidos: COTTO
Given Names / Prénoms / Nombres: MARIA D
Nationality / Nationalité / Nacionalidad: UNITED STATES OF AMERICA
Date of birth / Date de naissance / Fecha de nacimiento: 04 Jun 1978
Sex / Sexe / Sexo: F
Place of birth / Lieu de naissance / Lugar de nacimiento: PUERTO RICO, U.S.A.
Date of issue / Date de délivrance / Fecha de expedición: 17 Apr 2004
Authority / Autorité / Autoridad: National Passport Center
Date of expiration / Date d'expiration / Fecha de caducidad: 16 Apr 2014
Amendments / Modifications / Enmiendas: See Page 24

P<USACOTTO<<MARIA<D<<<<<<<<<<<<<<<<<<<<<<<<<<
2105008156USA7806049F1404166<<<<<<<<<<<<<<<04