


UNAUTHORIZED REPRODUCTION OR DISCLOSURE PROHIBITED

PPT/NPC